DEFENDANT:        12.  CALVIN R. RILEY

YEAR OF BIRTH:    1961

ADDRESS:          Denver, Colorado

COMPLAINT FILED: ____YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____YES   __X__ NO

OFFENSE:

Count Nine:         Possession with Intent to Distribute Cocaine
                    21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Ten:          Prohibited Person in Possession of Firearm
                    18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Thirty-One:   Conspiracy to Use and Maintain Drug-Involved Premises
                    21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                    21 U.S.C. § 856(a)(1) and (2) and (b)
                    Aiding and Abetting
                    18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Nine:  Defendant has a prior PCS state felony conviction.  NMT 30 years imprisonment; a fine of NMT $2,000,000.00, or both; NLT 6 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Ten:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

<u>AGENT</u>:        Special Agent Jason Cole
                   Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:  Guy Till
                   Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_\_\_ five days or less     \_\_X\_\_ over five days     \_\_\_\_\_ other

<u>THE GOVERNMENT</u>

\_\_X\_\_ will seek detention in this case     \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:       \_\_X\_\_       Yes       \_\_\_\_\_ No

2