DEFENDANT:           13.  COREY L. RILEY

YEAR OF BIRTH:       1969

ADDRESS:             Denver, Colorado

COMPLAINT FILED:  ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____ YES  __X__ NO

OFFENSE:

| | |
|---|---|
| Count Eleven: | Maintaining Drug-Involved Premises<br>21 U.S.C. § 856(a)(1) and (2) and (b) |
| Count Twelve: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Thirteen: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Fourteen: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Fifteen: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Sixteen: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Seventeen: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Eighteen: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Nineteen: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Twenty: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Twenty-One: | Possession with Intent to Distribute Cocaine |

                                                                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

<u>Count Twenty-Two</u>:               Possession with Intent to Distribute Cocaine
                                                21 U.S.C. § 841(a)(1) and (b)(1)(C)
                                                18 U.S.C. § 2

<u>Count Twenty-Three</u>:             Possession with Intent to Distribute Cocaine
                                                  21 U.S.C. § 841(a)(1) and (b)(1)(C)

<u>Count Twenty-Four</u>:              Possession with Intent to Distribute Marijuana
                                                 21 U.S.C. § 841(a)(1) and (b)(1)(D)

<u>Count Twenty-Five</u>:              Possessing Firearm in Furtherance of Drug Trafficking Felony Offense
                                                18 U.S.C. § 924(c)

<u>Count Twenty-Six</u>:                Possession with Intent to Distribute More than 500 grams of Cocaine
                                                21 U.S.C. § 841(a)(1) and (b)(1)(B)
                                                18 U.S.C. § 2

<u>Count Tenty-Seven</u>:             Conspiracy to Distribute more than 5 Kilograms of Cocaine
                                                21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)

<u>Count Thirty-One</u>:               Conspiracy to Use and Maintain Drug-Involved Premises
                                                21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)

<u>Count Thirty-Two</u>:               Using and Maintaining Drug-Involved Premises
                                                21 U.S.C. § 856(a)(1) and (2) and (b)
                                                Aiding and Abetting
                                                18 U.S.C. § 2

<u>LOCATION OF OFFENSE</u>:  Denver County, Colorado
(COUNTY/CITY/STATE)

<u>PENALTY</u>:

<u>Count Eleven</u>:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twelve</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fourteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fifteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Sixteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Seventeen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Eighteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Nineteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-One:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Two:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Three:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Four</u>:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NLT 2 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Five</u>:  NLT 5 years imprisonment, consecutive to any other sentence; a fine of NMT $250,00.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Six</u>:  NLT 5 years, NMT 40 years imprisonment; a fine of NMT $5,000,000.00, or both; NLT 4 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Seven</u>:  NLT 10 years, NMT life imprisonment; a fine of NMT $10,000,000.00, or both; NLT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-One</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

<u>AGENT</u>:        Special Agent Jason Cole
              Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:   Guy Till
              Assistant U.S. Attorney


<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less      __X__ over five days      ____ other


<u>THE GOVERNMENT</u>

__X__ will seek detention in this case      ____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      X      Yes  _____ No