IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

  1. GEORGE H. ASKEW,
  2. ROMELL E. BULLOCK,
  **3. GREGORY A. COLLINS,**
  4. GEORGE A. GADDY,
  5. DELBERT J. GARDNER,
  6. RICHARD W. JOHNSON,
  7. SHEPS H. KHAMSAHU,
  8. ERIC LUGO,
  9. LAWRENCE T. MARTIN,
  10. JOHNIE A. MYERS,
  11. DARRELL R. PARKER,
  12. CALVIN R. RILEY,
  13. COREY L. RILEY,
  14. THOMAS A. SCHRAH, JR.,
  15. JAMES R. SWITZER, and
  16. CLIFFORD M. WRIGHT,

                Defendants.

---

### ENTRY OF APPEARANCE

---

COMES NOW, THE REISCH LAW FIRM, LLC, by and through R. Scott Reisch, and

hereby enters his appearance as counsel of record for the above-named Defendant Gregory A.

Collins, as CJA Appointed Counsel.

Dated this 24th day of January, 2012.

Respectfully submitted,


s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins


### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2012, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com
- 
- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com


s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com