AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br><br>3. GREGORY A. COLLINS<br><br>*Defendant* | )<br>)<br>) Case No. 12-cr-00010-MSK<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gregory A. Collins ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Use and Maintain Drug-Involved Premises, 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2

Date:  01/09/2012                                                                 s/ M.J. Garcia
                                                                                            *Issuing officer's signature*

City and state:   Denver, CO                                 Gregory C. Langham, Clerk, U.S. District Court
                                                                                            *Printed name and title*

**Return**

This warrant was received on *(date)* 1/20/12 , and the person was arrested on *(date)* 1/20/12
at *(city and state)*  Denver Co       .

Date: 1/23/12                                                                    _____
                                                                                            *Arresting officer's signature*

                                                                                            Ben Byrd  ATF SA
                                                                                            *Printed name and title*