PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | United States Department of State<br>Office of Passport Services<br>Legal Affairs Division<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | FROM: | United States District Court<br>Office of the Clerk<br>901 19th Street<br>Denver, CO 80294-3589 |
|---|---|---|---|

[X] **Original Notice**  
Date: 01/27/2012  
By: N. Marble

[ ] **Notice of Disposition**  
Date: ___  
By: ___

---

Defendant: Gregory Alan Collins          Case Number: 12-cr-00010-MSK-3  
Date of Birth: ___ 1954                  Place of Birth: Kansas, U.S.A.  
SSN: n/a

---

**Notice of Court Order** (Order Date: ___ )

[X] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered passport number ___ and/or passport card number C05266421 to the custody of the U.S. District Court on 1/27/12.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**  
Original to case file  
Department of State  
Defendant *(or representative)*  
Clerk of Court