IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: **12-cr-00010-MSK**

UNITED STATES OF AMERICA**,**

        Plaintiff,

  vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
**3. GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9**.** LAWRENCE T. MARTIN**,**
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN L. RILEY,
13. COREY L. RILEY,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER, AND
16. CLIFFORD M. WRIGHT,

        Defendants.
_____

**DEFENDANT GREGORY A. COLLINS' RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2 AND RULE 16 MATERIAL (DOC. 41)**
_____

    COMES NOW, the Defendant, Gregory A. Collins, by and through his CJA appointed counsel, R. Scott Reisch, and hereby responds to the Government's Motion for Protective Order for Jencks Act, Rule 26.2 and Rule 16 Material (Doc. 41), the Defendant states as follows:

    1.  Undersigned counsel has reviewed the Government's Motion.

2. The Defendant, through undersigned counsel has no objection to the above-mentioned motion (Doc. 41).

Dated this 1st day of February, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2012, I electronically filed the foregoing DEFENDANT GREGORY A. COLLINS' RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2 AND RULE 16 MATERIAL (DOC. 41) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com
- 
- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

                                              s/ R. Scott Reisch
                                              **R. Scott Reisch**
                                              Attorney for Defendant Gregory A. Collins
                                              The Reisch Law Firm, LLC
                                              1490 West 121st Avenue, Suite 202
                                              Denver, CO 80234
                                              Telephone: (303) 291-0555
                                              FAX: (720) 904-5797

E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com