DEFENDANT:        8.  ERIC LUGO

YEAR OF BIRTH:    1976

ADDRESS:          Denver, Colorado

COMPLAINT FILED: ____YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____YES   __X__ NO

OFFENSE:

Count Six:         Possession with Intent to Distribute Cocaine
                   21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Seven:       Possession with Intent to Distribute Cocaine
                   21 U.S.C. § 841(a)(1) and (b)(1)(C)
                   18 U.S.C. § 2

Count Thirty-Two:  Using and Maintaining Drug-Involved Premises
                   21 U.S.C. § 856(a)(1) and (2) and (b)
                   Aiding and Abetting
                   18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Six:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Seven:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

<u>AGENT</u>:     Special Agent Jason Cole
            Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:  Guy Till
            Assistant U.S. Attorney


<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less    __X__ over five days    _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case    _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:    __X__    Yes    _____ No