DEFENDANT:		12.  CALVIN R. RILEY

YEAR OF BIRTH:	1961

ADDRESS:		Denver, Colorado

COMPLAINT FILED:  ____YES   __X__  NO

	IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES   __X__  NO

OFFENSE:

Count Nine:		Possession with Intent to Distribute Cocaine
			21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Ten:		Prohibited Person in Possession of Firearm
			18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Thirty-One:	Conspiracy to Use and Maintain Drug-Involved Premises
			21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)

Count Thirty-Two:	Using and Maintaining Drug-Involved Premises
			21 U.S.C. § 856(a)(1) and (2) and (b)
			Aiding and Abetting
			18 U.S.C. § 2

Count Thirty-Eight:	Possession with Intent to Distribute Cocaine
			21 U.S.C. § 841(a)(1) and (b)(1)(C)

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Nine:  Defendant has a prior PCS state felony conviction.  NMT 30 years imprisonment; a fine of NMT $2,000,000.00, or both; NLT 6 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Ten:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Eight:  Defendant has a prior PCS state felony conviction.  NMT 30 years imprisonment; a fine of NMT $2,000,000.00, or both; NLT 6 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

AGENT:        Special Agent Jason Cole
              Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No

2