2.	Undersigned counsel believes that to effectively engage in motions practice that he needs to have all of the discovery since a conspiracy is alleged to assess if Mr. Gregory Collins fits into this conspiracy if at all and whether any appropriate motions are necessary.

3.	Undersigned counsel respectfully requests an additional 60 days to file any and all pretrial motions.

Dated this 16th day of February, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins