IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

    Plaintiff,

 vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
**3. GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

    Defendants.

## MOTION FOR WAIVER OF APPEARANCE PURSUANT TO FED.R.CRIM.P. 10

  COMES NOW, the Defendant, Gregory A. Collins, by and through his CJA appointed counsel, R. Scott Reisch, and hereby moves this Honorable Court to wave his appearance for a re-arraignment on a Superseding Indictment which is currently scheduled for February 23, 2012 at 10:00 a.m. As grounds the Defendant states as follows:

  1. Mr. Collins is charged in an indictment alleging two counts of Conspiracy to Use and Maintain In Drug-Involved Premises and Using and Maintaining Drug-Involved Premises.

2.	Mr. Collins is named once again named in the First Superseding Indictment and charged in the same two counts as the original indictment.

3.	A re-arraignment on the Superseding Indictment is currently scheduled for February 23, 2012 at 10:00 a.m.

4.	Rule 10 of the Federal Criminal Rules of Procedure provides

> b. **Waiver of Appearance.** A defendant need not be present for the arraignment if:
>
> 1. the defendant has been charged by indictment or misdemeanor information;
> 2. the defendant in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
> 3. the Court accepts the waiver.

5.	Here, Mr. Collins has been charged in the indictment, attached hereto is a waiver signed by both Mr. Collins and undersigned counsel, which expressly waives his appearance and affirms that Mr. Collins has received a copy of the indictment and that the plea as to the Superseding Indictment continues to be not guilty. Mr. Collins respectfully requests the Court to accept this waiver prior to the February 23, 2012 at 10:00 a.m.

WHEREFORE, Mr. Collins as well as counsels appearance respectfully request that their appearance be waived for the re-arraignment of the Superseding Indictment on February 23, 2012.

Dated this 20th day of February, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2012, I electronically filed the foregoing MOTION FOR WAIVER OFAPPEARANCE PURSUANT TO FED.R.CRIM.P. 10 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com