IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
**3. GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

        Defendants.

---

**MOTION FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609, FEDERAL RULES OF EVIDENCE**

---

COMES NOW, the Defendant, Gregory Collins, by and through his CJA appointed counsel, R. Scott Reisch, and pursuant to the provisions of Rules 404(b) and 609 of the Federal Rules of Evidence, hereby moves this Honorable Court for the entry of an Order compelling and directing the United States Government to disclose the following information to the Court and defense counsel:

1.      Any evidence the Government intends to introduce against this Defendant regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

2.      Any evidence the Government intends to introduce against this Defendant pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence;

3.      Any evidence the Government intends to introduce against any party initially charged in the Indictment herein regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

4.      Any evidence the Government intends to introduce against any party initially charged herein pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence;

5.      Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged or named in the Indictment herein) regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

6.      Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged or named in the indictment herein) pursuant to Rule 404(b) and 609, F.R.E.

WHEREFORE, Defendant prays for the relief requested, and for such other and further relief as to the Court seem just and proper in the premises.

Dated this 5th day of March, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2012, I electronically filed the foregoing MOTION FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609, FEDERAL RULES OF EVIDENCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

        s/ R. Scott Reisch  
        **R. Scott Reisch**  
        Attorney for Defendant Gregory A. Collins  
        The Reisch Law Firm, LLC  
        1490 West 121st Avenue, Suite 202  
        Denver, CO 80234  
        Telephone: (303) 291-0555  
        FAX: (720) 904-5797  
        E-mail: rscottreisch@att.net  
        cassandra@reischlawfirm.com