IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
**3. GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

        Defendants.

## DEFENDANT GREGORY COLLIN'S MOTION FOR GOVERNMENT TO PROVIDE NOTICE OF RULE 404(B) EVIDENCE

COMES NOW, the Defendant, Gregory Collins, by and through his CJA appointed Counsel, R. Scott Reisch, requests the government provide him with reasonable notice of any evidence of other crimes, wrongs, or acts, on the following grounds:

1.    Effective December 1, 1991, Rule 404(b) of the Federal Rules of Evidence was amended as follows:

> … provided that upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial.

2. The government is requested to provide notice to Mr. Reisch at least sixty (60) days in advance of trial in order to reduce surprise and promote early resolution of any admissibility issues which may arise from Rule 404(b) evidence.

3. The requested evidence should include any extrinsic evidence the government seeks to use at trial, i.e., during its case-in chief, for impeachment or possible rebuttal regarding any and all evidence regarding Mr. Collin's character, evidence of other crimes, wrongs or acts of any specific act of untruthfulness on the part of Mr. Collin in the government's possession or knowledge that may be offered by the government pursuant to Federal Rules of Evidence 404(b) and 608.

WHEREFORE, Defendant respectfully requests the government to provide reasonable notice of this evidence.

DATED this 5th day of March, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2012, I electronically filed the foregoing DEFENDANT GREGORY COLLIN'S MOTION FOR GOVERNMENT TO PROVIDE NOTICE OF RULE 404(B) EVIDENCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

    s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com