IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

   1. GEORGE H. ASKEW,
   2. ROMELL E. BULLOCK,
   3. **GREGORY A. COLLINS,**
   4. GEORGE A. GADDY,
   5. DELBERT J. GARDNER,
   6. RICHARD W. JOHNSON,
   7. SHEPS H. KHAMSAHU,
   8. ERIC LUGO,
   9. LAWRENCE T. MARTIN,
   10. JOHNIE A. MYERS,
   11. DARRELL R. PARKER,
   12. CALVIN R. RILEY,
   13. COREY L. RILEY,
   14. THOMAS A. SCHRAH, JR.,
   15. JAMES R. SWITZER, and
   16. CLIFFORD M. WRIGHT,

                    Defendants.

_____

**MOTION FOR PRODUCTION OF BRUTON AND RULE 801(d)(2)(E) MATERIALS
AND MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY OF
ALLEGED
CO-CONSPIRATOR/PARTICIPANT STATEMENTS**

_____

COMES NOW, the Defendant, Gregory Collins, by and through his CJA appointed

counsel, R. Scott Reisch, and hereby moves this Honorable Court pursuant to Rules 12(d)(2) and

14 of the Federal Rules of Criminal Procedure, Rule 801 (d) (2) (E) of the Federal Rules of

Evidence, and Bruton v. United States, 391 U.S. 123 (1968), to order the Government to produce

any and all evidence regarding statements of any co-defendant or charged or uncharged co-conspirator, co-participant or accomplice in this case. Mr. Collins further moves for a pretrial determination of the admissibility of any alleged co-conspirator, co-participant statements which the Government purports to introduce at trial.  As grounds for and in support thereof, Defendant states as follows:

1.      Defendant is charged in the First Superseding Indictment alleging a Conspiracy to Use and Maintain Drug-Involved Premises in violation of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b), Using and Maintaining Drug-Involved Premises in violation of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Aiding and Abetting in violation of Title 18 U.S.C. § 2.

2.      The government has asserted by this conspiracy count that many of the indicted, un-indicted and cooperating individuals in this case were co-participants with Defendant in the illegal activity which is the subject of this indictment.

3.      Defendant requests an Order directing the prosecution to disclose any and all evidence regarding statements of the defendants in related cases or charged or uncharged co-conspirators or accomplices in this case so that the Court may determine their admissibility.

4.      Pursuant to United States v. James, 590 F.2d 575 (5th Cir., 1979), Defendant moves the Court to conduct a pretrial evidentiary hearing to determine the admissibility of any statements by co-participants made in the course of and in furtherance of the alleged illegal activity.

5.      Notwithstanding the United States Supreme Court decisions in Bourjaity v. United States, 107 S.Ct. 2775, 2782 (1987) and United States v. Inadi, 475 U.S. 357, 394 (1986), Defendant submits that a pretrial hearing at which the government must adduce evidence, either through hearsay statements or otherwise, that a joint scheme existed and that Defendant was a

part of the same would enhance the orderly progression of this case and avoid unlimited potential confusion during trial.

WHEREFORE, defendant prays that this Court grant the within motion and either conduct a pre-trial James-type hearing, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 5th day of March, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2012, I electronically filed the foregoing MOTION FOR PRODUCTION OF BRUTON AND RULE 801(d)(2)(E) MATERIALS AND MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY OF ALLEGED CO-CONSPIRATOR/PARTICIPANT STATEMENTS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com