IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  **GREGORY A. COLLINS,**
4.  **GEORGE A. GADDY,**
5.   **DELBERT J. GARDNER,**
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  **ERIC LUGO,**
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  **COREY L. RILEY,**
14.  **THOMAS A. SCHRAH, JR.,**
15.  JAMES R. SWITZER, and
16.  **CLIFFORD M. WRIGHT,**

        Defendants.

---

**GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE RESPONSES FOR PRETRIAL MOTIONS**

---

The United States of America, by the undersigned Assistant United States Attorney, respectfully submits this motion for an enlargement of time within which to file responses to non-evidentiary motions filed on behalf of defendants in the above captioned case.  The Government respectfully asks the Court for three weeks time to file responses.  The

1

Government states and represents to the Court as follows:

    1. A number of defendants have filed notices of disposition. Negotiations toward possible dispositions with additional defendants continue. The Government anticipates additional dispositions will be reached in the next two weeks.

    2. A number of defendants in this case have requested an ends of justice continuance and enlargement of time: Collins [#207], Gaddy [#193], Gardner [#209], Riley [#205], Schrah [#295], and Wright [#199].

    3. This case is set for a Motions Hearing Conference at 10:00 a.m. on Friday, March 16, 2012 [#311].

    4. The Court's Setting and Trial Preparation Order [#76] called for filing all Pretrial Motions other than Motions to Suppress on or before February 16, 2012. Defendant Collins filed a number of motions on March 7, 2012. Defendant Schrah filed a number of motions on March 12, 2012. The Government has not yet filed responses to said defense motions. Earlier in the case, defendant Lugo filed pretrial several motions – the Government did not respond to defendant Lugo's motions because defendant Lugo filed a notice of disposition. Recently, defendant Lugo withdrew his notice of disposition.

    5. The case development process underway with respect to the eventual separation of defendants who can reach a disposition from defendants who prefer to have a jury trial is not unusual in a case with sixteen defendants. As time goes by and the evidence emerges, and legal theories of the parties develop and are communicated, issues can be clarified and some issues may be resolved through negotiations. The Government respectfully submits the process is worthwhile, although it is also time consuming.

6. The Government expects the Court to address the defense motions for an ends of justice continuance on March 16, 2012. The Government respectfully submits that allowing the defense an additional period of time to file non-evidentiary Pretrial Motions, and following that filing deadline by allowing the Government a couple weeks to respond to the collected Pretrial Motions, would be in the best interests of judicial economy. A number of the defendants are situated similarly, and the Government anticipates there may be common overlapping issues presented in some of the defense motions. Consolidation would serve the interests of the parties and conserve the Court's time.

7. The Government here advises the Court that Government counsel communicated with counsel for Mr. Lugo, Mr. Collins and Mr. Schrah concerning this motion, and counsel for Mr. Lugo, Mr. Collins and Mr. Schrah do not object to this motion.

Respectfully submitted March 15, 2012.

JOHN F. WALSH  
United States Attorney

BY: s/ Guy Till  
GUY TILL  
Assistant United States Attorney  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado 80202  
Telephone: (303) 454-141  
FAX: (303) 454-0401  
E-mail: Guy.Till@usdoj.gov  
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSES FOR PRETRIAL MOTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Lisa.Vargas@usdoj.gov