IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
**3.  GREGORY A. COLLINS,**
**4.  GEORGE A. GADDY,**
**5.  DELBERT J. GARDNER,**
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
**8.  ERIC LUGO,**
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
**13.  COREY L. RILEY,**
**14.  THOMAS A. SCHRAH, JR.,**
15.  JAMES R. SWITZER, and
**16.  CLIFFORD M. WRIGHT,**

        Defendants.

---

**ORDER GRANTING AN ENLARGEMENT OF TIME
TO FILE RESPONSES FOR PRETRIAL MOTIONS**

---

THE COURT has received the government's March 15, 2012, motion asking for an enlargement of time in the above captioned case to permit the filing of any additional defense non-evidentiary pretrial motions and the filing of government responses to said motions.  The Court is familiar with the file in this case and is sufficiently advised in the premises.   The Court finds and concludes there is some merit to the motion.

1

Accordingly, the Court hereby orders that defendants who have not filed notices of disposition in this case shall file their non-evidentiary pretrial motions on or before ___ April, 2012.  The government shall file responses to said non-evidentiary pretrial motions within fourteen days of the above date.

It is so ordered.

Dated this ____ day of March 2012.

BY THE COURT:

_____
MARCIA S. KRIEGER
United States District Judge