N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.  ROMELL E. BULLOCK,
**3.  GREGORY A. COLLINS,**
**4.  GEORGE A. GADDY,**
**5.  DELBERT J. GARDNER,**
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
**8.  ERIC LUGO,**
9.  LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
**13. COREY L. RILEY,**
**14. THOMAS A. SCHRAH, JR.,**
15. JAMES R. SWITZER, and
**16. CLIFFORD M. WRIGHT,**

        Defendants.

---

## ORDER GRANTING ENLARGEMENT OF TIME

THE COURT has received the government's March 30, 2012, motion asking for an enlargement of time in the above captioned case to complete routine Rule 16 disclosure to the defense (not including Rule 702 matters which are on a separate time table).  The Government advises the Court the Government has been working diligently to comply with the discovery requirements of Rule 16. The Government states there are time consuming

technical aspects involved in producing the disclosures by scanning in materials used to build files to be recorded on discs which may be read using computers.

The Court is familiar with this case and is sufficiently advised in the premises. The Court finds and concludes there is some merit to the motion.

Accordingly, the Court hereby orders that the Government shall complete the routine Rule 16 disclosure to the defense on or before April 13, 2012.

It is so ordered.

Dated this \_\_\_\_ day of _____ 2012.

                        BY THE COURT:

                        _____
                        MARCIA S. KRIEGER
                        United States District Judge