IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

     Plaintiff,

 vs.

  1. GEORGE H. ASKEW,
  2. ROMELL E. BULLOCK,
  **3. GREGORY A. COLLINS,**
  4. GEORGE A. GADDY,
  5. DELBERT J. GARDNER,
  6. RICHARD W. JOHNSON,
  7. SHEPS H. KHAMSAHU,
  8. ERIC LUGO,
  9. LAWRENCE T. MARTIN,
  10. JOHNIE A. MYERS,
  11. DARRELL R. PARKER,
  12. CALVIN R. RILEY,
  13. COREY L. RILEY,
  14. THOMAS A. SCHRAH, JR.,
  15. JAMES R. SWITZER, and
  16. CLIFFORD M. WRIGHT,

     Defendants.

---

**DEFENDANT, GREGORY COLLIN'S MOTION FOR ADDITIONAL TIME TO FILE A BILL OF PARTICULARS**

---

COMES NOW, the defendant, Gregory A. Collins, by and through his CJA appointed

counsel, and hereby moves this Honorable Court for an extension of time in which to file his

motion for a bill of particulars or sanctions pursuant to Fed.R.Crim.P. 7(c)(1) and (f).  As

grounds the defendant, states and alleges as follows:

1.      A motion for bill of particulars must be filed within 14 days of arraignment or at a later time if the Court permits. A motion for bill of particulars was not filed within 14 days of the arraignment.  The Court gave the defendants time up to and including April 20, 2012 to file motions, but it is not clear if this included a motion for bill of particulars.

**WHEREFORE,** the Defendant, Mr. Collins requests additional time through and including April 20, 2012 to file his motion for a bill of particulars, for the reasons stated.

Dated this 19th day of April, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I electronically filed the DEFENDANT GREGORY COLLINS MOTION FOR ADDITIONAL TIME TO FILE FOR A BILL OF PARTICULARS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com


s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com