IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

    Plaintiff,

 vs.

 1. GEORGE H. ASKEW,
 2. ROMELL E. BULLOCK,
 **3. GREGORY A. COLLINS,**
 4. GEORGE A. GADDY,
 5. DELBERT J. GARDNER,
 6. RICHARD W. JOHNSON,
 7. SHEPS H. KHAMSAHU,
 8. ERIC LUGO,
 9. LAWRENCE T. MARTIN,
 10. JOHNIE A. MYERS,
 11. DARRELL R. PARKER,
 12. CALVIN R. RILEY,
 13. COREY L. RILEY,
 14. THOMAS A. SCHRAH, JR.,
 15. JAMES R. SWITZER, and
 16. CLIFFORD M. WRIGHT,

    Defendants.

## DEFENDANT, GREGORY COLLIN'S MOTION FOR BILL OF PARTICULARS

**COMES NOW**, the Defendant, Gregory A. Collins, by and through his CJA appointed counsel, R. Scott Reisch, of The Reisch Law Firm, LLC and hereby moves this Court for a bill of particulars pursuant to Fed.R.Crim.P. 7(c)(1) and (f), as grounds therefore, states and alleges as follows:

1. The instant motion must be filed within 14 days of arraignment or at a later time if the Court permits. The motion was not filed within 14 days of the indictment. The Court did give the Defendants time up to and including April 20, 2012 to file this motion (Docket #325) on March 27, 2012.

2.   Fed.R.Crim.P. Rule 7(c)(1) states:

> "The indictment or information must be a plain, concise, and definite written statement of the essential facts of the offense charged and must be signed by an attorney for the government."

3.   Fed.R.Crim.P. Rule 7(f) states:

> "The court may direct the government to file a bill of particulars. The defendant may move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits. The government may amend a bill of particulars subject to such conditions as justice required."

4.   The Defendant has been charged in Count 31 of the Indictment (Docket #1) and the First Superseding Indictment (Docket #180) of a conspiracy to use and maintain a drug-involved premises and using and maintaining a drug-involved premises pursuant to 21 U.S.C. § 846 and 856(a)(1) and (2) and (b) and Count 32 accuses the Defendant of aiding and abetting pursuant to 18 U.S.C. § 2 in addition to using and maintaining a drug-involved premises.

5.   Counts 31 and 32 do not provide any facts much less a plain, concise and definite written statement of the essential facts. It merely contains a regurgitation of the elements of the crimes.

6.   After review of the discovery it is unclear what factual basis the U.S. Government is relying upon to support the allegations.

7.     The time period alleged in count thirty-one and thirty-two allege a date range of January 1, 2005 through January 1, 2012.  There are 1,844 days alleged that Mr. Collins allegedly engaged in abetting the alleged co-conspirators in count thirty-one and thirty-two.

8.     A Bill of Particulars is required to inform the Defendant of the facts and acts he is charged with in order to mount a defense and prevent a double jeopardy violation, provide him with Due Process and effective assistance of counsel and to be advised of the government's theory of its case. *U.S. v. Doe,* 572 F.3d 1162, 1176 (10th Cir. 2009) citing *Sullivan v. U.S.,* 411 F.2d 556, 558 (10$_{th}$ Cir. 1969) (to avoid prejudicial surprise and adequate information for trial preparation.) Failure to request a Bill of Particulars waives the right. *Phillips v. U.S.,* 406 F.2d 599, 602 (10$_{th}$ Cir. 1969).

9.     The Defendant requests that the government identify the acts the Defendant is accused of, when those acts occurred and who observed the acts Mr. Collins allegedly engaged in order to thoroughly investigate the alleged acts and investigate the alleged witnesses to afford the Defendant his rights of effective assistance of counsel.

**WHEREFORE,** the Defendant, Mr. Collins requests the Court to Order the government to file a Bill of Particulars, for the reasons stated.

Dated this 20th day of April, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I electronically filed the foregoing DEFENDANT GREGORY COLLIN'S MOTION FOR BILL OF PARTICULARS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom

- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

        s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com