**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover      Date: May 21, 2012
Court Reporter:    Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till |
| Plaintiff, | |
| v. | |
| GREGORY A. COLLINS; | Scott Reisch |
| GEORGE A. GADDY; | Jeffrey Edelman |
| ERIC LUGO; | Dennis Hartley |
| COREY L. RILEY, and | Harvey Steinberg |
| THOMAS A. SCHRAH, JR., | Ariel Benjamin |
| | Timothy Edstrom |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:    Motions

**4:06 p.m.    Court in session.**

Defendants Collins, Lugo and Schrah present on bond. Defendant Riley present in custody. Defendant Gaddy is not present.

The Court addresses:

    Defendant Riley's Motion to Suppress **(Doc. #401, 402, 403).**

**ORDER:**   Defendant Riley's Motions to Suppress (Doc. #401, 402, 403) are **GRANTED.** Suppression hearing set for 1.5 hours on **June 12, 2012 at 1:00 p.m.**, in Courtroom A901, 901 19th Street, Denver.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses:  Discovery motions:

> Defendant Riley's Motion to Preserve Notes and Tapes **(Doc. #399)**
> Defendant Lugo's Motion for Disclosure of Confidential Informants **(Doc. #252)**
> Defendant Collins' Motion for Disclosure of Confidential Informants **(Doc. #282)**
> Defendant Riley's Motion for Disclosure of Confidential Informants **(Doc. #395)**
> Defendant Schrah's Motion for Disclosure of Confidential Informants **(Doc. #303)**

**ORDER:**  The Government will disclose confidential informants that will testify by **June 15, 2012.**
Defendant Lugo's Motion for Disclosure of Confidential Informants **(Doc. #252);** Defendant Collins' Motion for Disclosure of Confidential Informants **(Doc. #282)** Defendant Riley's Motion for Disclosure of Confidential Informants **(Doc. #395)** Defendant Schrah's Motion for Disclosure of Confidential Informants **(Doc. #303)** Defendant Gaddy's Motion for Disclosure of Confidential Informants **(Doc. #332)** are all **DENIED** for lack of specificity with leave to renew. Defendant Riley's Motion to Preserve Notes and Tapes **(Doc. #399) is DENIED as moot.**

Defendant Gaddy is now present.

The Court addresses:

> Defendant Lugo's Motion for Disclosure of Promises of Leniency **(Doc # 251)**
> Defendant Gaddy's Motion for Disclosure of Promises of Leniency **(Doc. # 333)**
> Defendant Riley's Motion for Disclosure of Promises of Leniency (Doc. # **398)**
> Defendant Schrah's Motion to Compel Disclosure of Deals **(Doc. # 302)**

**ORDER:**  Defendant Lugo's Motion for Disclosure of Promises of Leniency **(Doc # 251)** Defendant Gaddy's Motion for Disclosure of Promises of Leniency **(Doc. # 333)** Defendant Riley's Motion for Disclosure of Promises of Leniency (Doc. # **398)** Defendant Schrah's Motion to Compel Disclosure of Deals **(Doc. # 302)** are **GRANTED** in part and **DENIED** in part**.** The Government will turn over *Giglio* material by **June 22, 2012.**

The Court addresses:

> Defendant Collins' Motion for *Jencks* Act Materials **(Doc. # 285)**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

>Defendant Gaddy's Motion for Disclosure of Rule 404(b), 609, 806, and 807 Evidence, **(Doc. # 334)**
>Defendant Riley's Motion for Rule 404(b), 609, and 807 Evidence, **(Doc. # 391, #392)**
>Defendant Riley's Motion for *Brady* Materials **(Doc. # 393)**
>Defendant Riely's Motion for Notice of Experts **(Doc. # 396)**

**ORDER:**   Defendant Collins' Motion for *Jencks* Act Materials **(Doc. # 285)** is **GRANTED.** The Government will provide this information 30 days prior to trial.
Defendant Gaddy's Motion for Disclosure of Rule 404(b), 609, 806, and 807 Evidence, **(Doc. # 334) is GRANTED.**  The Government will disclose this information 30 days prior to trial.
Defendant Riley's Motion for Rule 404(b), 609, and 807 Evidence, **(Doc. # 391, #392) is GRANTED.**  The Government will disclose this information 30 days prior to trial.
Defendant Riley's Motion for *Brady* Materials **(Doc. # 393)** is **GRANTED.**
Defendant Riley's Motion for Notice of Experts **(Doc. # 396)** is **DENIED as moot.**

The Court addresses:

>Defendant Gaddy's Motion for Disclosure of Grand Jury Information (**Doc. # 335**)

**ORDER:**   Defendant Gaddy's Motion for Disclosure of Grand Jury Information (**Doc. # 335**) is **DENIED.**

The Court addresses:

>Defendant Collins' Motion for Bill of Particulars**, ( Doc. # 377, 378**)
>Defendant Gaddy's Motion for Bill of Particulars**, (Doc. # 338)**

**ORDER:**   Defendant Collins' Motion for Bill of Particulars**, ( Doc. # 377, 378**)
Defendant Gaddy's Motion for Bill of Particulars**, (Doc. # 338) are DENIED**

The Court addresses:

>Defendant Collins' Motion for *Bruton* and *James* Materials**, (Doc # 286)**
>Defendant Riley's Motion for *Bruton* and *James* Materials (Doc. # **394**)

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

**ORDER:** Defendant Collins' Motion for *Bruton* and *James* Materials**, (Doc # 286)** Defendant Riley's Motion for *Bruton* and *James* Materials (Doc. # **394**) **are GRANTED** consistent with the *James* proffer process previously discussed and deadlines set.

The Court addresses:

> Defendant Collins' Motion to Sever, **(Doc. #379)**
> Defendant Riley's Motion to Sever, **(Doc. #400)**
> Defendant Gaddy's Motion to Sever **(Doc. #337)**

Ruling is deferred on these motions at this time.

The Court now addresses:

**ORDER:** Defendant Gaddy's Motion to Suppress **(Doc. #336) is DENIED.** A specific motion to suppress may be filed within 7 days.

**ORDER:** Defendant Riley is remanded to the care and custody of the United States Marshal Service.

**ORDER:** Bond is continued as to the remaining defendants.

**4:49 p.m.** **Court in recess.**

**Total Time:   43 minutes.**
**Hearing concluded.**