**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: May 21, 2012
Court Reporter:       Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                              *Counsel Appearing:*

UNITED STATES OF AMERICA,                               Guy Till

            Plaintiff,

v.

GREGORY A. COLLINS;                                     Scott Reisch
GEORGE A. GADDY;                                        Jeffrey Edelman
ERIC LUGO;                                              Dennis Hartley
COREY L. RILEY, and                                     Harvey Steinberg
THOMAS A. SCHRAH, JR.,                                  Ariel Benjamin
                                                        Timothy Edstrom

            Defendants.

---

**AMENDED COURTROOM MINUTES**

---

HEARING:     Motions

**4:06 p.m.       Court in session.**

Defendants Collins, Lugo and Schrah present on bond. Defendant Riley present in custody.
Defendant Gaddy is not present.

The Court addresses:

        Defendant Riley's Motion to Suppress (**Doc. #401, 402, 403).**

**ORDER:**       Suppression hearing set for 1.5 hours on **June 12, 2012 at 1:00 p.m.** , in
                 Courtroom A901, 901 19th Street, Denver.

The Court addresses:  Discovery motions:

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

       Defendant Riley's Motion to Preserve Notes and Tapes **(Doc. #399)**
       Defendant Lugo's Motion for Disclosure of Confidential Informants **(Doc. #252)**
       Defendant Collins' Motion for Disclosure of Confidential Informants **(Doc. #282)**
       Defendant Riley's Motion for Disclosure of Confidential Informants **(Doc. #395)**
       Defendant Schrah's Motion for Disclosure of Confidential Informants **(Doc. #303)**

**ORDER:**     The Government will disclose confidential informants that will testify by **June 15, 2012.**
       Defendant Lugo's Motion for Disclosure of Confidential Informants **(Doc. #252);** Defendant Collins' Motion for Disclosure of Confidential Informants **(Doc. #282)** Defendant Riley's Motion for Disclosure of Confidential Informants **(Doc. #395)** Defendant Schrah's Motion for Disclosure of Confidential Informants **(Doc. #303)** Defendant Gaddy's Motion for Disclosure of Confidential Informants **(Doc. #332)** are all **DENIED** for lack of specificity with leave to renew.
       Defendant Riley's Motion to Preserve Notes and Tapes **(Doc. #399) is DENIED as moot.**

Defendant Gaddy is now present.

The Court addresses:

       Defendant Lugo's Motion for Disclosure of Promises of Leniency **(Doc # 251)**
       Defendant Gaddy's Motion for Disclosure of Promises of Leniency **(Doc.  # 333)**
       Defendant Riley's Motion for Disclosure of Promises of Leniency (Doc. # 398)
       Defendant Schrah's Motion to Compel Disclosure of Deals **(Doc. # 302**)

**ORDER:**     Defendant Lugo's Motion for Disclosure of Promises of Leniency **(Doc # 251)**
       Defendant Gaddy's Motion for Disclosure of Promises of Leniency **(Doc.  # 333)**
       Defendant Riley's Motion for Disclosure of Promises of Leniency (Doc. # **398**)
       Defendant Schrah's Motion to Compel Disclosure of Deals **(Doc. # 302**) are **GRANTED** in part and **DENIED** in part**.**  The Government will turn over *Giglio* material by **June 22, 2012.**

The Court addresses:

       Defendant Collins' Motion for *Jencks* Act Materials **(Doc. # 285)**
       Defendant Gaddy's Motion for Disclosure of Rule 404(b), 609, 806, and 807 Evidence, **(Doc. # 334)**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Defendant Riley's Motion for Rule 404(b), 609, and 807 Evidence, **(Doc. # 391, #392)**
Defendant Riley's Motion for *Brady* Materials **(Doc. # 393)**
Defendant Riely's Motion for Notice of Experts **(Doc. # 396)**

**ORDER:**     Defendant Collins' Motion for *Jencks* Act Materials **(Doc. # 285)** is **GRANTED.** The Government will provide this information 30 days prior to trial.
Defendant Gaddy's Motion for Disclosure of Rule 404(b), 609, 806, and 807 Evidence, **(Doc. # 334) is GRANTED.** The Government will disclose this information 30 days prior to trial.
Defendant Riley's Motion for Rule 404(b), 609, and 807 Evidence, **(Doc. # 391, #392) is GRANTED.** The Government will disclose this information 30 days prior to trial.
Defendant Riley's Motion for *Brady* Materials **(Doc. # 393)** is **GRANTED.**
Defendant Riley's Motion for Notice of Experts **(Doc. # 396)** is **DENIED as moot.**

The Court addresses:

Defendant Gaddy's Motion for Disclosure of Grand Jury Information (**Doc. # 335**)

**ORDER:**     Defendant Gaddy's Motion for Disclosure of Grand Jury Information (**Doc. # 335**) is **DENIED.**

The Court addresses:

Defendant Collins' Motion for Bill of Particulars**, ( Doc. # 377, 378**)
Defendant Gaddy's Motion for Bill of Particulars, **(Doc. # 338)**

**ORDER:**     Defendant Collins' Motion for Bill of Particulars**, ( Doc. # 377, 378**)
Defendant Gaddy's Motion for Bill of Particulars, **(Doc. # 338) are DENIED**

The Court addresses:

Defendant Collins' Motion for *Bruton* and *James* Materials**, (Doc # 286**)
Defendant Riley's Motion for *Bruton* and *James* Materials (Doc. # **394**)

**ORDER:**     Defendant Collins' Motion for *Bruton* and *James* Materials**, (Doc # 286**)
Defendant Riley's Motion for *Bruton* and *James* Materials (Doc. # **394**) **are**

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

**GRANTED** consistent with the *James* proffer process previously discussed and deadlines set.

The Court addresses:

Defendant Collins' Motion to Sever, **(Doc. #379)**
Defendant Riley's Motion to Sever, **(Doc. #400)**
Defendant Gaddy's Motion to Sever **(Doc. #337)**

Ruling is deferred on these motions at this time.

The Court now addresses:

**ORDER:**     Defendant Gaddy's Motion to Suppress **(Doc. #336) is DENIED.**  A specific motion to suppress may be filed within 7 days.

**ORDER:**     Defendant Riley is remanded to the care and custody of the United States Marshal Service.

**ORDER:**     Bond is continued as to the remaining defendants.

**4:49 p.m.     Court in recess.**

**Total Time:    43 minutes.**
**Hearing concluded.**