IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

    1. GEORGE H. ASKEW,
    2. ROMELL E. BULLOCK,
    **3. GREGORY A. COLLINS,**
    4. GEORGE A. GADDY,
    5. DELBERT J. GARDNER,
    6. RICHARD W. JOHNSON,
    7. SHEPS H. KHAMSAHU,
    8. ERIC LUGO,
    9. LAWRENCE T. MARTIN,
    10. JOHNIE A. MYERS,
    11. DARRELL R. PARKER,
    12. CALVIN R. RILEY,
    13. COREY L. RILEY,
    14. THOMAS A. SCHRAH, JR.,
    15. JAMES R. SWITZER, and
    16. CLIFFORD M. WRIGHT,

                Defendants.

---

## MOTION FOR WAIVER OF APPEARANCE PURSUANT TO FED.R.CRIM.P. 10

---

COMES NOW, the Defendant, Gregory A. Collins, by and through his CJA appointed

counsel, R. Scott Reisch, and hereby moves this Honorable Court to wave his appearance for a

re-arraignment on a Superseding Indictment which is currently scheduled for June 12, 2012 at

11:00 a.m.  As grounds the Defendant states as follows:

    1.      Mr. Collins is charged in an indictment alleging six counts of Conspiracy to Use

and Maintain In Drug-Involved Premises, Using and Maintaining Drug-Involved Premises,

Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense, Conspiracy for Prohibited Person to Possess Firearm and Ammunition, Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense and Conspiracy to Commit Misprision of Felony.

2.      Mr. Collins is named once again in the Second Superseding Indictment and charged in six counts two of which are the same as in the original indictment.

3.      A re-arraignment on the Superseding Indictment is currently scheduled for June 16, 2012 at 11:00 a.m.

4.      Rule 10 of the Federal Criminal Rules of Procedure provides

   b. **Waiver of Appearance.**  A defendant need not be present for the arraignment if:

     1.   the defendant has been charged by indictment or misdemeanor information;

     2.   the defendant in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and

     3.   the Court accepts the waiver.

5.      Here, Mr. Collins has been charged in the indictment, attached hereto is a waiver signed by both Mr. Collins and undersigned counsel, which expressly waives his appearance and affirms that Mr. Collins has received a copy of the indictment and that the plea as to the Superseding Indictment continues to be not guilty.  Mr. Collins respectfully requests the Court to accept this waiver prior to the June 12, 2012 at 11:00 a.m.

6.      Additionally, undersigned counsel will be out of the country on business June 9th through June 20, 2012 and is unavailable to attend the arraignment on the Second Superseding Indictment.

7.      If the government persists in their request for detention, undersigned counsel requests that Mr. Collins remain at liberty until a detention hearing can be held after counsel's return.

WHEREFORE, Mr. Collins as well as counsels appearance respectfully request that their appearance be waived for the re-arraignment of the Superseding Indictment on June 12, 2012.

Dated this 6th day of June, 2012.

Respectfully submitted,


s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2012, I electronically filed the foregoing MOTION FOR WAIVER OFAPPEARANCE PURSUANT TO FED.R.CRIM.P. 10 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com


s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com