IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. **GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

        Defendants.

---

**WAIVER OF RE-ARRAIGNMENT PURSUANT TO FED.R.CRIM.P. RULE 10 AND ENTRY OF PLEA OF NOT GUILTY**

---

I, Gregory Collins, the above named defendant, who is accused of six violations of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Title 18 U.S.C. § 2, Using and Maintaining Drug-Involved Premises and Intentionally did Aid and Abet the Same, in violation of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b) Conspiracy to Use and Maintain Drug Involved Premises, in violation of Title 18 U.S.C. § 924(c) Possession of Firearm in Furtherance of Controlled

Substances Act Felony Offense, in violation of Title 18 U.S.C. §§ 371 and 922(g)(1) and (3) Conspiracy for Prohibited Person to Possess Firearm and Ammunition, in violation of Title 18 U.S.C. § 924(o) Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense and in violation of Title 18 U.S.C. §§ 4 and 371 Conspiracy to Commit Misprision of Felony, having been advised of Fed.R.Crim.P. Rule 10(b)(1)(2) and (3), hereby waive my appearance at the re-arraignment and request that the Court grant my request and accept my waiver of re-arraignment and plea of not guilty. I initially appeared at a detention hearing with regards to the Indictment (Doc. 1) on or about January 26, 2012 and was released on a $10,000.00 unsecured bond and must report to the supervising officer as directed (Doc. 80).

Dated this 6th day of June, 2012.

_____
Gregory A. Collins

_____
R. Scott Reisch, Attorney for Defendant


Respectfully submitted,


s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2012, I electronically filed the foregoing WAIVER OF RE-ARRAIGNMENT PURSUANT TO FED.R.CRIM.P. RULE 10 AND ENTRY OF PLEA OF NOT GUILTY with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com


s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com