IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
**3. GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

        Defendants.

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND FOR TRAVEL**

COMES NOW, the Defendant, Gregory A. Collins, by and through his CJA appointed counsel, R. Scott Reisch, and hereby asks this Honorable Court to grant this motion to modify the conditions of bond so that Mr. Collins may travel with his wife from Denver, CO to Wichita, KS from August 9, 2012 to August 12, 2012 to attend his niece's wedding. Additionally, Mr. Collins would like to travel to Ft. Lauderdale, FL for a cruise on the Carnival Destiny from September 5 to September 14, 2012. As the Defendant states as follows:

1.    On February 6, 2012 Mr. Collins was charged in a First Superseding Indictment alleging two counts of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b), Using and Maintaining Drug-Involved Premises in violation of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Aiding and Abetting in violation of Title 18 U.S.C. § 2 which are same two counts named in the original indictment.

2.    On June 5, 2012 Mr. Collins was charged in a Second Superceding Indictment alleging six counts of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Title 18 U.S.C. § 2, Using and Maintaining Drug-Involved Premises and Intentionally did Aid and Abet the Same, in violation of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b) Conspiracy to Use and Maintain Drug Involved Premises, in violation of Title 18 U.S.C. § 924(c) Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense, in violation of Title 18 U.S.C. §§ 371 and 922(g)(1) and (3) Conspiracy for Prohibited Person to Possess Firearm and Ammunition, in violation of Title 18 U.S.C. § 924(o) Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense and in violation of Title 18 U.S.C. §§ 4 and 371 Conspiracy to Commit Misprision of Felony.

3.    On or about January 26, 2012 Mr. Collins was released on a $10,000.00 unsecured bond and was ordered to report to the supervising officer as directed (Doc. 80). Mr. Collins is in compliance with all the terms and conditions of his probation.

4.    On July 2, 2012 a notice of disposition was filed.

5.    On July 5, 2012 the matter was set for Mr. Collins to appear for a Change of Plea Hearing on October 11, 2012 at 11:00 a.m. and the Sentencing Hearing which is set for January 7, 2013 at 1:30 p.m.

6.     Mr. Collins and his wife have had both vacations planned since before the filing of the indictment.

7.     Mr. Collins and his wife will be traveling via automobile from Denver, CO to Wichita, KS on August 9, 2012 and will be returning August 12, 2012.  He will be attending his niece's wedding while in Kansas and will be staying at the Comfort Inn and Suites.

8.     Additionally, Mr. Collins and his wife will be traveling via Frontier Airlines from Denver, CO to Ft. Lauderdale, FL on September 5, 2012 and will be returning September 14, 2012.  Mr. Collins will be staying in Miami until the departure of their ship, Carnival Destiny, which is scheduled to leave on September 8, 2012 out of Miami, FL.

9.     Mr. Collins will be traveling to the following locations while on the Carnival Destiny:

September 9, 2012 Carnival Destiny will be at sea

September 10, 2012 travel to Ocho Rios, Jamacia

September 11, 2012 Grand Caymen

September 12, 2012 Carnival Destiny will be at sea

September 13, 2012 Carnival Destiny will return to Miami

10.    Undersigned counsel has spoken with AUSA Guy Till and he has no objection to the filling of this motion.

Dated this 20th day of July, 2012.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I electronically filed the foregoing MOTION TO MODIFY CONDITIONS OF BOND FOR TRAVEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

     s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com