PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** United States District Court
Office of the Clerk
901 19th Street
Denver, CO 80294-3589

[x] **Original Notice**
Date: 01/27/2012
By: N. Marble

[ ] **Notice of Disposition**
Date: _____
By: _____

---

Defendant: Gregory Alan Collins
Date of Birth: ___, 1954
SSN: n/a

Case Number: 12-cr-00010-MSK-3
Place of Birth: Kansas, U.S.A.

---

**Notice of Court Order** (Order Date: _____ )

[X] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered passport number _____ and/or passport card number C05266421 to the custody of the U.S. District Court on 1/27/12.

---

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court

*[Signature: Gregory Collins]*

*Receipt signature for Passport Card on 8-13-12.*
*Gregory Alan Collins*