**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover        Date:   November 1, 2012
Court Reporter:     Terri Lindblom

Criminal Action No.  12-cr-00010-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Guy Till

      Plaintiff,

v.

GREGORY A. COLLINS,                     Scott Reisch

      Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**10:03 a.m.**     **Court in session.**

Defendant present on bond.

The Court addresses defendant's withdrawal of his Notice of Disposition (**Doc. #723**)

Statement from counsel.

Defense counsel orally moves to reinstate Motions at **Doc. #378, #379** and the objections to the *James* Proffer (**Doc. #461**) .

**ORDER:**   Defendant's oral motion to reinstate motions (**Doc. #378, 379**) and the objections to the *James* Proffer (**Doc. #461**) is **GRANTED**.  The Notice of Disposition (**Doc. #544**) is deemed **WITHDRAWN**.

**ORDER:**   Bond is continued.

**10:13 a.m.**     **Court in recess.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**Total Time:    10 minutes.**
**Hearing concluded.**