IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover       Date:   March 5, 2013
Court Reporter:     Terri Lindblom

Criminal Action No. 12-cr-00010-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Guy Till

       Plaintiff,

v.

GREGORY A. COLLINS,                     Scott Reisch

       Defendant.

---

ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**2:34 p.m.       Court in session.**

Defendant present on bond.

Defendant is arraigned on Count 9 of the **Second Superseding Indictment**. Defendant pleads guilty to Count 9 of the **Second Superseding Indictment. The Government intends to dismiss the Initial Indictment, First Superseding Indictment in their entirety and the remaining Counts of the Second Superseding Indictment (1, 2, 3, 6, 7) against this defendant.**

Defendant sworn.

Defendant advised regarding:

    1)   The Plea Agreement;
    2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)   The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes  
Chief Judge Marcia S. Krieger  
Page 2

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

The Government orally moves to dismiss the Initial Indictment, First Superseding Indictment in their entirety and the remaining Counts of the Second Superseding Indictment (1, 2, 3, 6, 7) against this defendant. Defendant has no objection.

Oral findings are made of record.

**ORDER:** The Government's Motion to Dismiss the Initial Indictment, First Superseding Indictment in their entirety and the remaining Counts of the Second Superseding Indictment (1, 2, 3, 6, 7) against this defendant. is **GRANTED but the effect of the Order is stayed until time of Sentencing.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 9 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set on **May 30, 2013 at 10:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motions (**Doc #207, 378, 379**) are **DENIED as moot.**

**ORDER:** Bond is continued.

**3:10 p.m.** **Court in recess.**

**Total Time: 36 minutes**
**Hearing concluded.**