IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Criminal Action No.  **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

     1. GEORGE H. ASKEW,
     2. ROMELL E. BULLOCK,
     3. **GREGORY A. COLLINS,**
     4. GEORGE A. GADDY,
     5. DELBERT J. GARDNER,
     6. RICHARD W. JOHNSON,
     7. SHEPS H. KHAMSAHU,
     8. ERIC LUGO,
     9. LAWRENCE T. MARTIN,
     10. JOHNIE A. MYERS,
     11. DARRELL R. PARKER,
     12. CALVIN R. RILEY,
     13. COREY L. RILEY,
     14. THOMAS A. SCHRAH, JR.,
     15. JAMES R. SWITZER, and
     16. CLIFFORD M. WRIGHT,

                    Defendants.

_____

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND FOR TRAVEL**

_____

COMES NOW, the Defendant, Gregory A. Collins, by and through his CJA appointed

counsel, R. Scott Reisch, and hereby asks this Honorable Court to grant this motion to modify

the conditions of bond so that Mr. Collins may travel with his wife from Denver, CO to Tulsa,

OK to attend his uncle's funeral on March 30, 2013.  As the Defendant states as follows:

1.       On February 6, 2012 Mr. Collins was charged in a First Superseding Indictment

alleging two counts of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b), Using and

Maintaining Drug-Involved Premises in violation of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Aiding and Abetting in violation of Title 18 U.S.C. § 2 which are same two counts named in the original indictment.

2.      On June 5, 2012 Mr. Collins was charged in a Second Superseding Indictment alleging six counts of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Title 18 U.S.C. § 2, Using and Maintaining Drug-Involved Premises and Intentionally did Aid and Abet the Same, in violation of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b) Conspiracy to Use and Maintain Drug Involved Premises, in violation of Title 18 U.S.C. § 924(c) Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense, in violation of Title 18 U.S.C. §§ 371 and 922(g)(1) and (3) Conspiracy for Prohibited Person to Possess Firearm and Ammunition, in violation of Title 18 U.S.C. § 924(o) Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense and in violation of Title 18 U.S.C. §§ 4 and 371 Conspiracy to Commit Misprision of Felony.

3.      On or about January 26, 2012 Mr. Collins was released on a $10,000.00 unsecured bond and was ordered to report to the supervising officer as directed (Doc. 80).  Mr. Collins is in compliance with all the terms and conditions of his probation.

4.      On December 5, 2012 a notice of disposition was filed.

5.      On December 10, 2012 the matter was set for Mr. Collins to appear for a Change of Plea Hearing on March 5, 2013 at 2:30 p.m. and the Sentencing Hearing which is set for May 30, 2013 at 10:00 a.m.

6.      Mr. Collins and his wife will be traveling via automobile from Denver, CO to Tulsa, OK on March 29, 2013 and will be returning March 31, 2013.  He will be attending his uncle's funeral in Tulsa and will be staying at hotel while in Tulsa.

7.      Undersigned counsel has spoken with AUSA Guy Till and he has no objection to the filling of this motion.

8.      Undersigned counsel has not spoken with U.S. Probation Office Mary Jo Paul, however, Mr. Collins has spoken with her and informed her of the situation and she has stated to him that she has no objection to him traveling.


Dated this 27th day of March, 2013.


Respectfully submitted,


s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, I electronically filed the foregoing MOTION TO MODIFY CONDITIONS OF BOND FOR TRAVEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com