IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

    Plaintiff,

 vs.

 1. GEORGE H. ASKEW,
 2. ROMELL E. BULLOCK,
 **3. GREGORY A. COLLINS,**
 4. GEORGE A. GADDY,
 5. DELBERT J. GARDNER,
 6. RICHARD W. JOHNSON,
 7. SHEPS H. KHAMSAHU,
 8. ERIC LUGO,
 9. LAWRENCE T. MARTIN,
 10. JOHNIE A. MYERS,
 11. DARRELL R. PARKER,
 12. CALVIN R. RILEY,
 13. COREY L. RILEY,
 14. THOMAS A. SCHRAH, JR.,
 15. JAMES R. SWITZER, and
 16. CLIFFORD M. WRIGHT,

    Defendants.

## MOTION TO CONTINUE THE MAY 30, 2013 SENTENCING HEARING

  COMES NOW, the Defendant, Gregory A. Collins, by and through his CJA appointed counsel, R. Scott Reisch, and hereby asks this Honorable Court to continue the sentencing hearing currently set for May 30, 2013. As the Defendant states as follows:

  1. On December 5, 2012 a Notice of Disposition was filed in which Mr. Collins plead guilty to Count Nine of the Second Superseding Indictment Conspiracy to Commit Misprision of Felony, in violation of Title 18 U.S.C. §§ 4 and 371.

    2.    This matter is currently set for sentencing on May 30, 2013 at 10:00 a.m.

    3.    Due to circumstances beyond undersigned counsels control, counsel is scheduled to appear in court regarding *People v. Tafoya*, 11CR2077 for a jury trial which is set to commence on May 28, 2013 through May 31, 2013 in Denver District Court.  Counsel believed this multi-co-defendant matter was going to resolve short of trial but will now begin on May 28, 2013.

    4.    Undersigned counsel has contacted AUSA Guy Till and he doesn't not object to the continuance.

WHEREFORE, counsel respectfully requests this Honorable Court to continue the May 30, 2013 sentencing hearing.

Dated this 17th day of May, 2013.


Respectfully submitted,


s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone:  (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, I electronically filed the foregoing MOTION TO CONTINUE THE MAY 30, 2013 SENTENCING HEARING with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com