IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK-03

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**3.  GREGORY A. COLLINS,**

        Defendant.

_____

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE [#879]**
_____

        The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney (Government), hereby respectfully enters the Government's Response to Defendant Gregory A. Collins's Motion for a Downward Variance From Advisory Guidelines Range Sentence [#879](Motion).  The Government respectfully states and represents as follows:

        1.  The pertinent personal factors generally identified in the Motion are addressed in the Presentence Investigation Report (PSR)[#877].  The variance requested in the Motion is substantial.  The Government respectfully asserts the variance requested would undermine the purposes served by the terms of Title 18 U.S.C. § 3553(a).

        2.  In this case the methodical and professional application of the Sentencing Guideline's factors has resulted in a well founded advisory recommendation based on a

dispassionate and systematic review of pertinent factors set forth in Title 18 U.S.C. § 3553(e).

3.  The Government respectfully acknowledges that the sentence to be imposed is a matter entrusted to the sound discretion of the Court in the application of the factors listed in Title 18 U.S.C. §3553(e).

4.  Pursuant to the terms of the plea agreement on file in this case, in light of the circumstances of the defendant, the Government respectfully suggests imposition of a sentence to include two years of probation.

Respectfully submitted this 30th day of May, 2013.

JOHN F. WALSH
United States Attorney


By:  *s/Guy Till*
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO. 80202
Telephone:  (303) 454-0207
Fax:  (303) 454-0401
E-mail: Guy.Till@usdoj.gov
Attorney for Government

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2013, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE [#879]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ Lisa Tibbetts
LISA TIBBETTS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Lisa.Tibbetts@usdoj.gov