IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

    Plaintiff,

 vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
**3. GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

    Defendants.

**RENEWED UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND FOR TRAVEL**

COMES NOW, the Defendant, Gregory A. Collins, by and through his CJA appointed counsel, R. Scott Reisch, and hereby asks this Honorable Court to grant this motion to modify the conditions of bond so that Mr. Collins may travel with his wife from Denver, CO to Wichita, KS to visit family from July 3, 2013 to July 7, 2013. As the Defendant states as follows:

1.      On February 6, 2012 Mr. Collins was charged in a First Superseding Indictment alleging two counts of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b), Using and Maintaining Drug-Involved Premises in violation of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Aiding and Abetting in violation of Title 18 U.S.C. § 2 which are same two counts named in the original indictment.

2.      On June 5, 2012 Mr. Collins was charged in a Second Superseding Indictment alleging six counts of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Title 18 U.S.C. § 2, Using and Maintaining Drug-Involved Premises and Intentionally did Aid and Abet the Same, in violation of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b) Conspiracy to Use and Maintain Drug Involved Premises, in violation of Title 18 U.S.C. § 924(c) Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense, in violation of Title 18 U.S.C. §§ 371 and 922(g)(1) and (3) Conspiracy for Prohibited Person to Possess Firearm and Ammunition, in violation of Title 18 U.S.C. § 924(o) Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense and in violation of Title 18 U.S.C. §§ 4 and 371 Conspiracy to Commit Misprision of Felony.

3.      On or about January 26, 2012 Mr. Collins was released on a $10,000.00 unsecured bond and was ordered to report to the supervising officer as directed (Doc. 80). Mr. Collins is in compliance with all the terms and conditions of his probation.

4.      On December 5, 2012 a notice of disposition was filed.

5.      On December 10, 2012 the matter was set for Mr. Collins to appear for a Change of Plea Hearing on March 5, 2013 at 2:30 p.m. and the Sentencing Hearing which is set for July 25, 2013 at 1:00 p.m.

6. Mr. Collins and his wife request to traveling via automobile from Denver, CO to Wichita, KS on July 3, 2013 and will be returning July 7, 2013.  He will be visiting his family while in Wichita and staying at the Comfort Inn.

7. Undersigned counsel has spoken with AUSA Guy Till and he has no objection to Mr. Collins traveling on the above mentioned dates.

8. Undersigned counsel Legal Assistant spoke with U.S. Probation Officer Mary Jo Paul to obtain her position regarding Mr. Collin's Motion to Travel and Probation Officer Paul does not object to Mr. Collins traveling on the above mention dates.

Dated this 7th day of June, 2013.

        Respectfully submitted,

        s/ R. Scott Reisch
        **R. Scott Reisch**
        The Reisch Law Firm, LLC
        1490 West 121st Ave., Suite 202
        Denver, CO 80234
        Telephone:  (303) 291-0555
        FAX: (720) 904-5797
        E-mail: rscottreisch@att.net
        Cassandra@reischlawfirm.com
        Attorney for Defendant Gregory A. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on June 7 2013, I electronically filed the foregoing RENEWED UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND FOR TRAVEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

- Charles W. Elliott
- CWEMDEDME@aol.com, hamcwe@yahoo.com

- Darren Randal Cantor
- darren@cantorlaw.net

- Dennis W. Hartley
- Julia@hartleyslaw.com

- Jeffrey Richard Edelman
- jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

- John Henry Schlie
- johnhenry@schlielawfirm.com

- Jonathan S. Willett
- jwillett@willettlaw.net, kbartell@willettlaw.net

- Joseph Saint-Veltri
- jsvlawoffice@gmail.com

- Ronald John Hahn
- rhahn3677@hotmail.com

- Scott Jurdem
- sj@jurdem.com, jsw@jurdem.com, tlj@jurdem.com, tlr@jurdem.com

- Thomas James Hammond
- hammondlaw@solucian.com

s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: rscottreisch@att.net
cassandra@reischlawfirm.com