IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. **GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

                Defendants.

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW, the defendant Gregory Collins, by and through his CJA counsel R. Scott Reisch, and hereby moves this Honorable Court to grant early termination of probation in Mr. Collins' case. As grounds, the defense states as follows:

1. On December 12, 2012 a Notice of Disposition was filed in Mr. Collins' matter.

2. On March 5, 2013 Mr. Collins appeared in court for a Change of Plea Hearing in which he pled guilty to Count Nine of the Second Superseding Indictment, Conspiracy to Commit Misprision of Felony, in violation of 18 U.S.C. §§ 4 and 371.

3. On July 25, 2013 Mr. Collins appeared in court for sentencing in which he was sentenced to two years of supervised probation.

4. Mr. Collins has complied with all of the terms and conditions of supervised probation.

5. To date Mr. Collins has not received any negative probation reports; nor has he had any new law violations.

6. Undersigned Counsel has spoken with Mr. Collins' probation officer Mr. Carlos Escobedo, regarding the early termination of probation to the filing of this motion and Mr. Escobedo does not object.

7. Undersigned Counsel has made contact with AUSA Guy Till regarding his position on the motion, and he does not object.

Dated this 8th day of January, 2015.

Respectfully submitted,

s/ R. Scott Reisch
**R. Scott Reisch**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: scott@reischlawfirm.com
Cassandra@reischlawfirm.com
Attorney for Defendant Gregory A. Collins

Case No. 1:12-cr-00010-MSK   Document 1042   filed 01/08/15   USDC Colorado   pg 2 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2015, I electronically filed the foregoing MOTION FOR EARLY TERMINATION OF PROBATION with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Normando R. Pacheco
- joannasweetpea6@aol.com

- Harvey Abe Steinberg
- law@springersteinberg.com, cambrose@springersteinberg.com

- Guy Till
- guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

- Edward Robin Harris
- Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

- Douglas Leo Romero
- dougromero@coloradochristiandefensecounsel.com, corinarreola@coloradochristiandefensecounsel.com, sheilasweeney@coloradochristiandefensecounsel.com

- Timothy D. Edstrom
- timedstrom@coloradochristiandefensecounsel.com, timedstrom@hotmail.com

- Miller M. Leonard
- miller@themillerleonardlawfirm.com

- Ariel Zusya Benjamin
- abenjamin@springersteinberg.com

- Eric Michael Lee
- ericlee@coloradochristiandefensecounsel.com

        s/ R. Scott Reisch
**R. Scott Reisch**
Attorney for Defendant Gregory A. Collins
The Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: scott@reischlawfirm.com
cassandra@reischlawfirm.com