IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. **12-cr-00010-MSK**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
**3. GREGORY A. COLLINS,**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

        Defendants.

## ORDER TERMINATING PROBATION

This matter is before the Court upon the motion of the defendant, Gregory Collins, for early termination from probation on January 8, 2015. The Court has been duly apprised of the motion and that the United States Attorney does not object, nor does the probation officer to the defendant's early termination of probation as he has maintained compliance with the conditions of his supervision. Accordingly, it is

    ORDERED that the term of probation supervision imposed on July 25, 2013, is

hereby terminated and the defendant is discharged from further supervision.

DATED this 14th day of January, 2015.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Court